| | | |
|---|---|---|
| Alabama Department Of Revenue<br>P.O. Box 327790<br>Montgomery, AL 36132 | GES | Saga Petroleum<br>600 17th Street<br>Denver, CO 80202 |
| AT&T<br>c/o Business Bankruptcy<br>P.O. Box 769<br>Arlington, TX 76004 | Joiner, Tom & Associates, Inc.<br>P.O. Box 1490<br>Tuscaloosa, AL 35403 | Segco<br>AL Power c/o APC Fuel Manager, 14<br>P.O. Box 2641<br>Birmingham, AL 35291 |
| Calera Gathering LLC<br>P.O. Box 601449<br>Dallas, TX 75360-1449 | Kimberly Clark Worldwide, Inc.<br>ATTN: Real Estate Dept.<br>1400 Holcomb Bridge Road<br>Roswell, GA 30076 | SilverSmith, Inc.<br>1370 Milbocker Road<br>Gaylord, MI 49735 |
| Calera Industrial Supply<br>9300 Highway 25<br>Calera, AL 35040 | Legacy Connection | State Farm<br>112 E Washington Street<br>Bloomington, IL 61701 |
| Coalbed Methane Assoc.<br>3829 Lorna Road, Ste. 306<br>Birmingham, AL 35244 | McPherson Oil<br>P.O. Box 890145<br>Charlotte, NC 28289-0145 | University of Alabama<br>Office of Land Management<br>P.O. Box 870176<br>Tuscaloosa, AL 35487-0176 |
| Coastal Chemical<br>3520 Veterans Memorial Drive<br>Abbeville, LA 70510 | Pipeline Testing Consortium, Inc. | wmd.squared, LLC<br>WMD.2<br>114 Toledo Drive<br>Lafayette, LA 70506 |
| Control Systems | Quinn Pumps<br>P.O. Box 677347<br>Dallas, TX 75267-7347 | |
| Dexter Fortson Associates, Inc.<br>5511 Powder Plant Lane<br>Bessemer, AL 35022 | Rosen Harwood<br>P.O. Box 2727<br>Tuscaloosa, AL 35403 | |
| Dodd Electric<br>2506 White Avenue<br>Nashville, TN 37204 | S&W Power Systems & Engine Svcs Inc<br>4100 Eastern Avenue<br>Oklahoma City, OK 73129 | |