| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Calera Gas, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Alabama Department Of Revenue P.O. Box 327790 Montgomery, AL 36132 | | Taxes (Severance Tax) | Contingent Unliquidated Disputed | | | $6,272.76 |
| AT&T c/o Business Bankruptcy P.O. Box 769 Arlington, TX 76004 | | Trade debt | | | | $423.37 |
| Calera Gathering LLC P.O. Box 601449 Dallas, TX 75360-1449 | | Trade debt | Contingent Unliquidated Disputed | | | $70,779.74 |
| Coalbed Methane Assoc. 3829 Lorna Road, Ste. 306 Birmingham, AL 35244 | | Trade debt - Dues | | | | $470.00 |
| Coastal Chemical 3520 Veterans Memorial Drive Abbeville, LA 70510 | | Trade debt | | | | $1,246.84 |
| Dexter Fortson Associates, Inc. 5511 Powder Plant Lane Bessemer, AL 35022 | | Trade debt | Contingent Unliquidated Disputed | | | $29,102.29 |
| Dodd Electric 2506 White Avenue Nashville, TN 37204 | | Trade debt | | | | $1,018.00 |
| GES | | Trade debt | | | | $600.00 |

| Debtor | Calera Gas, LLC | | | Case number (if known) | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Joiner, Tom & Associates, Inc. P.O. Box 1490 Tuscaloosa, AL 35403 | | Trade debt | | | | $1,924.27 |
| Kimberly Clark Worldwide, Inc. ATTN: Real Estate Dept. 1400 Holcomb Bridge Road Roswell, GA 30076 | | Trade debt - Royalty | | | | $6,397.55 |
| McPherson Oil P.O. Box 890145 Charlotte, NC 28289-0145 | | Trade debt | | | | $10,540.85 |
| Pipeline Testing Consortium, Inc. | | Trade debt | | | | $546.28 |
| Quinn Pumps P.O. Box 677347 Dallas, TX 75267-7347 | | Trade debt | | | | $5,575.57 |
| Rosen Harwood P.O. Box 2727 Tuscaloosa, AL 35403 | | Trade debt | | | | $4,698.91 |
| S&W Power Systems & Engine Svcs Inc 4100 Eastern Avenue Oklahoma City, OK 73129 | | Trade debt | | | | $14,876.06 |
| Saga Petroleum 600 17th Street Denver, CO 80202 | | Trade debt | | | | $4,570.12 |
| Segco AL Power c/o APC Fuel Manager, 14N-8161 P.O. Box 2641 Birmingham, AL 35291 | | Trade debt - Royalty | | | | $19,648.80 |
| SilverSmith, Inc. 1370 Milbocker Road Gaylord, MI 49735 | | Trade debt | | | | $6,808.21 |

Case 16-70740-JHH11    Doc 3    Filed 05/02/16    Entered 05/02/16 13:15:15    Desc Main
Document      Page 2 of 3

| Debtor | Calera Gas, LLC | | Case number (if known) | | | |
|---|---|---|---|---|---|---|
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| University of Alabama<br>Office of Land Management<br>P.O. Box 870176<br>Tuscaloosa, AL 35487-0176 | | Trade debt - Royalty | | | | $490.57 |
| wmd.squared, LLC<br>WMD.2<br>114 Toledo Drive<br>Lafayette, LA 70506 | | Trade debt | | | | $22,837.50 |