## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: In re Calera Gas LLC      CASE NO.: 16-70740-JHH11      MONTH ENDING: 06/30/2016

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1. YES X NO____  All post petition business taxes have been paid/deposited and the deposit
   slips are attached.

   YES X NO____  All post petition individual taxes have been paid and the deposit slips are
   attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | | AMOUNT |
   |---|---|---|
   | _____ | $ | _____ |
   | _____ | $ | _____ |
   | _____ | $ | _____ |
   | _____ | $ | _____ |

2. YES X NO____  Adequate insurance on all assets/property including fire, theft, liability, collision
   and casualty and workman's compensation (if applicable) is currently in full force
   and effect.

   If no, enter:    TYPE_____not in force.

                    TYPE_____not in force.

3. YES X NO____  New books and records were opened and are being maintained daily.

4. YES X NO____  Copies of all banks statements and reconciliations are attached.

5. YES X NO____  I have otherwise complied with all requirements of the Chapter 11
   Operating Order.

6. YES X NO____  All financial statements filed with the Bankruptcy Clerk's Office are
   prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 07/12/2016

_____
RESPONSIBLE PARTY

Phone No. 304-549-9912

Bankruptcy Administrator Form – Business BA-01

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: In re Calera Gas LLC      CASE NO.: 16-70740-JHH11      MONTH ENDING: 06/30/2016

Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual  (Circle One)  -Cash |
|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | 1.  REVENUE FROM TOTAL SALES  $ 34,318.04 |
| A.  CASH ON HAND (Beginning) 65,815.61 | 2.  LESS COST OF THOSE SALES  0<br>(Cost of materials, Labor, etc.) |
| B.  RECEIPTS:<br>Accounts Receivable from Form BA-02(A)-Line II(C)  34,318.04 | 3.  EQUALS GROSS PROFIT (1 minus 2)  34,318.04 |
| Cash Sales  0 | 4.  LESS OPERATING EXPENSES  43,926.13 |
| Loan Proceeds from_____ 0 | 5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)  (9,808.09) |
| Sale of Property  0<br>(Not in ordinary course of business) | 6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| Other_____  0 | |
| C.  TOTAL RECEIPTS  34,318.04<br>(Total of B) | |
| D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  43,926.13 | |
| E.  SURPLUS OR DEFICIT  (9,808.09)<br>(C minus D) | 7.  EQUALS NET PROFIT OR NET LOSS  $ (9,608.09)<br>(5 plus or minus 6) |
| F.  CASH ON HAND (End)  56,207.52<br>(A plus E) | * Please itemize Cost of Sales and Expenses on a separate sheet of paper. |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 07/12/16

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: In re Calera Gas LLC          CASE NO.: 16-70740-JHH11          MONTH ENDING: 06/30/2016

Attach to Business Form BA-02

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

___I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.   Amount collected this month on accounts receivable charged and paid this month.          $34,318.04

    B.   Amount collected this month on accounts receivable charged in prior months and paid this month.          $_____

    C.   TOTAL collected this month on accounts receivable.          $34,318.04

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Calera Gathering | $ | | | 226,779.74 | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | $ | | | | $ 226,779.74 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE____07/12/16_____          _____
                                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: In re Calera Gas LLC        CASE NO.: 16-70740-JHH11    MONTH ENDING: 06/30/2016

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.............................................$      0
ADVERTISING.......................................................      0
AUTOMOBILES/VEHICLES (repairs & maintenance)...........      0
COMMISSIONS/CONTRACT LABOR...............................      0
INSURANCE (TOTAL)..............................................   6,561.69
   AUTO                          $ 131.28
   LIABILITY
   LIFE
   MEDICAL
   CASUALTY
   FIRE & THEFT
   WORKMAN'S COMP.
   OTHER _____
INTEREST PAID................................................      0
INVENTORY PURCHASED.......................................      0
LEGAL FEES...................................................      0
POSTAGE......................................................   225.73
RENT/LEASE PAYMENTS ON REAL ESTATE........................      0
REPAIRS & MAINTENANCE.....................................   4,910.95
SALARIES/WAGES PAID.......................................  11,108.54
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............      0
SUPPLIES (TOTAL)............................................   8,825.18
   OFFICE                        $ 716.73
   OPERATING                       8109.45
TRAVEL & ENTERTAINMENT....................................      0
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]...............   3,435.29
UNSECURED LOAN PAYMENTS....................................      0
UTILITIES (TOTAL)..........................................   8,839.75
   ELECTRICITY                   $ 7,720.79
   GAS                              0
   TELEPHONE                      725.18
   WATER                           55.04
   OTHER  Waste Management        338.74
```

OTHER BUSINESS DISBURSEMENTS
(Specify)                        _____          $ 0

TOTAL BUSINESS DISBURSEMENTS..........................$ 43,926.13

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 07/12/18                        _____
                                     RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: In re Calera Gas LLC   CASE NO. : 16-70740-JHH11   MONTH ENDING: 06/30/2016

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _____ No secured loan payments have been paid during this month. (Check, if true.)

3. X _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____07/12/16_____     _____
                                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: In re Calera Gas LLC          CASE NO.: 16-70740-JHH11     MONTH ENDING: 06/30/2016

Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| See attached sheet for payroll details | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 07/12/16 _____          _____
                                        RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: In re Calera Gas LLC    CASE NO.: 16-70740-JHH11    MONTH ENDING: 06/30/2016

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Tolleson | 4920 (Checking) | 84.93 | 09/30/16 | Pre Petition |
| Regions | 4714 (Checking) | 56,192.52 | 09/30/16 | Post Petition |
| | | | | |
| | | | | |

## GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | | |
|---|---|---|---|
| Officer #1 | (Name) Joseph Zupanick | $ | 0 |
| Officer #2 | (Name) Emily Zupanick | $ | 2,284.80 |
| Other Officer | (Name) | $ | |
| Employees (Number) 4 | | $ | 13,641.89 |
| Employees (Relatives) 1 | | $ | 2,284.80 |
| Name Emily Zupanick | | $ | 2,284.80 |
| Name | | $ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory – Beginning of Month (COST) | $ |
| Inventory – Purchased this Month – CASH | $ |
| Inventory – Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X    A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured
creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 07/13/16    RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: In re Calera Gas LLC    CASE NO.: 16-70740-JHH11    MONTH ENDING: 08/30/2016

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

X____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 07/12/16

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: In re Calera Gas LLC _____    CASE NO.: 16-70740-JHH11    MONTH ENDING: 06/30/2016

### File for Each Quarter
### by the 15th of the Month Following the End of the Quarter

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

TOTAL REVENUE (SALES)                                (a)  $ 34,318.04
  Cost of Sales:
        Materials                          $ _____
        Labor                              $ _____
        Purchased Services                 $ _____
    Total Cost of Sales                      (b)  $ 0
    Gross Profit                    (a - b) = (c)  $ 34,318.04

OPERATING EXPENSES
        Management Salary                       $ 2,284.80
        Other Salary Expense                    $ 12,257.03
        Payroll Expenses                        $ 86.32
        Outside Services & Contractors          $ 0
        Supplies (office & operating)           $ 8,739.86
        Repairs & Maintenance                   $ 4,910.95
        Advertising                             $ 0
        Auto Expense                            $ 0
        Delivery                                $ 225.73
        Accounting & Legal                      $ 0
        Rent                                    $ 0
        Telephone                               $ 725.18
        Travel & Entertainment                  $ 0
        Utilities                               $ 6,114.57
        Insurance                               $ 8,581.69
        Taxes real estate, property, etc.)      $ 0
        Interest                                $ 0
        Depreciation                            $ 0
        Other Operating Expenses (describe)     $ _____
    _____          $ _____
    _____          $ _____

  Total Operating Expenses:                    (d)  $    43,926.13

  Net Profit/(Loss) from Operations  (c - d) = (e)  $ (9,608.09)

  Non-Operating Income/Expenses  $ _____
  _____  $ _____
  _____  $ _____
  Total                                        (f)  $ 0

  Net Profit/(Loss)                     (e - f) = $ (9,608.09)

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 07/12/16 _____

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

**REGIONS**

**Regions Bank**
Vestavia Hills Office
520 Montgomery Hwy
Vestavia Hills, AL 35216

CALERA GAS LLC
CHAPTER 11 DEBTOR IN POSSESSION
BANKRUPTCY CASE NO. 16-70740-JHH-11
213 EDDINGS TOWN RD
MONTEVALLO AL 35115-6832

ACCOUNT #  ████ 4714

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
June 1, 2016 through June 30, 2016

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$33,156.73** | | Minimum Balance | $26,090 |
| Deposits & Credits | $66,976.92 | + | Average Balance | $45,857 |
| Withdrawals | $43,926.13 | – | | |
| Fees | $15.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | – | | |
| **Ending Balance** | **$56,192.52** | | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 06/08 | Wire Transfer Calera Gas LLC | | 32,658.88 |
| 06/24 | American    Amermidstr Regions Bank  500091 | | 34,318.04 |
| | | Total Deposits & Credits | $66,976.92 |

### WITHDRAWALS

| | | |
|---|---|---|
| 06/02 | IRS        USATAXPYMT Calera Gas LLC 227655466048910 | 986.54 |
| 06/03 | IRS        USATAXPYMT Calera Gas LLC 227655566034952 | 401.23 |
| 06/03 | Harland Clarke  Chk Orders Calera Gas LLC | 172.15 |
| 06/06 | Card Purchase The McPherson C 5172 205-6614400  AL 35173   5721 | 4,613.16 |
| 06/06 | Card Purchase Central Supply  5533 205-665-1244  AL 35115   5721 | 297.79 |
| 06/07 | Payroll      Payroll Calera Gas LLC 3090691 | 595.50 |
| 06/08 | Payroll      Payroll Calera Gas LLC 3090691 | 3,198.51 |
| 06/08 | AL-Dept of Rev Direct Dbt Calera Gas LLC      411818752 | 297.68 |
| 06/08 | Pin Purchase Office Depot 0  5943 Birmingham  AL        5721 | 220.15 |
| 06/09 | Card Purchase Google *svcsapp 7311 Cc Google.Com CA 94043   5721 | 30.00 |
| 06/09 | Ipfs877-615-4242 Ipfspmttxh Calera Gas LLC 478121 | 6,450.41 |
| 06/10 | Card Purchase Fedex 870206665 4215 Memphis    TN 38116   5721 | 11.42 |
| 06/10 | IRS        USATAXPYMT Calera Gas LLC 227656266030966 | 1,018.90 |
| 06/13 | Card Purchase Airgas South  5169 Kennesaw   GA 30144   5721 | 135.38 |
| 06/13 | Card Purchase Complete Pipeli 5211 205-6333910  AL 35405   5721 | 378.22 |
| 06/13 | Card Purchase Pipeline Test C  8734 620-669-8800  KS 67502   5721 | 85.00 |
| 06/14 | Payroll Service  Fee Zupanick, Jose 3090691 | 86.32 |
| 06/14 | Payroll      Payroll Calera Gas LLC 3090691 | 692.97 |
| 06/14 | Payroll      Payroll Calera Gas LLC 3090691 | 830.84 |
| 06/14 | Payroll      Payroll Calera Gas LLC 3090691 | 1,561.81 |
| 06/17 | Card Purchase Orc*cooks Pest  5969 800-2399898  AL 35601   5721 | 40.00 |
| 06/20 | Card Purchase State Farm    6300 800-956-6310  IL 61791   5721 | 131.28 |
| 06/20 | Card Purchase Centreville Wwb 4900 888-8916064  AL 35042   5721 | 55.04 |
| 06/20 | Card Purchase The Legacy Conn 7399 205-3492702  AL 35401   5721 | 65.00 |
| 06/20 | Card Purchase Att*bill Paymen 4814 800-288-2020 TX 75202   5721 | 136.51 |
| 06/20 | Card Purchase Silversmith, IN  5734 9897328988   MI 49735   5721 | 1,302.74 |

Regions Bank
Vestavia Hills Office
520 Montgomery Hwy
Vestavia Hills, AL 35216

CALERA GAS LLC
CHAPTER 11 DEBTOR IN POSSESSION
BANKRUPTCY CASE NO. 16-70740-JHH-11
213 EDDINGS TOWN RD
MONTEVALLO AL 35115-6832

ACCOUNT #          ████ 4714

| | | |
|---|---|---|
| | | 001 |
| | Cycle | 26 |
| | Enclosures | 0 |
| | Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 06/20 | Pin Purchase Target T- 531  5310 Homewood    AL      5721 | 113.74 |
| 06/20 | Alabama Power   Apc Ebill Calera Gas LLC 4889880035Mvl | 2,485.29 |
| 06/21 | Card Purchase Sq *alabaster E 5999 Alabaster   AL 35007   5721 | 518.77 |
| 06/22 | IRS          USATAXPYMT Calera Gas LLC 227657466052012 | 730.94 |
| 06/23 | Card Purchase Southernlinc   4900 800-406-0151 GA 30342   5721 | 428.67 |
| 06/23 | Card Purchase Waste Mgmt Wm E 4900 866-834-2080 TX 77002   5721 | 338.74 |
| 06/24 | Card Purchase Omni Strategic  7379 Wheeling    WV 26003   5721 | 280.00 |
| 06/24 | Card Purchase IN *tom Joiner  7392 205-3452311  AL 35473   5721 | 2,545.54 |
| 06/27 | Card Purchase Amazon.com      5942 Amzn.Com/Bill WA 98109   5721 | 210.69 |
| 06/28 | Card Purchase The Legacy Conn 7399 205-3492702  AL 35401   5721 | 65.00 |
| 06/28 | Alabama Power   Apc Ebill Calera Gas LLC 4651981032Mvl | 194.14 |
| 06/28 | Alabama Power   Apc Ebill Calera Gas LLC 4659650034Mvl | 510.18 |
| 06/28 | Alabama Power   Apc Ebill Calera Gas LLC 0595885046Mvl | 671.48 |
| 06/28 | Alabama Power   Apc Ebill Calera Gas LLC 3951123133Mvl | 674.53 |
| 06/28 | Alabama Power   Apc Ebill Calera Gas LLC 4889880035Mvl | 1,252.76 |
| 06/28 | Alabama Power   Apc Ebill Calera Gas LLC 0099785056Mvl | 1,932.41 |
| 06/29 | Card Purchase Opc*al Business 9311 925-855-5000 AL 36104   5721 | 103.65 |
| 06/29 | Card Purchase Opc Tax*service 9311 800-487-4567 NE 68022   5721 | 2.59 |
| 06/29 | Card Purchase Ups*128270321   4214 813-432-3700 GA 30328   5721 | 214.31 |
| 06/29 | Payroll      Payroll Calera Gas LLC 3090691 | 720.90 |
| 06/29 | Payroll      Payroll Calera Gas LLC 3090691 | 988.32 |
| 06/29 | Payroll      Payroll Calera Gas LLC 3090691 | 2,517.69 |
| 06/30 | Card Purchase Silversmith, IN 5734 9897328988    MI 49735   5721 | 2,631.24 |
| | Total Withdrawals | $43,926.13 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 06/08 | Wire Transfer | 15.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/02 | 32,170.19 | 06/13 | 46,908.57 | 06/24 | 68,882.41 |
| 06/03 | 31,596.81 | 06/14 | 43,736.63 | 06/27 | 68,671.72 |
| 06/06 | 26,685.86 | 06/17 | 43,696.63 | 06/28 | 63,371.22 |
| 06/07 | 26,090.36 | 06/20 | 39,407.03 | 06/29 | 58,823.76 |
| 06/08 | 55,017.90 | 06/21 | 38,888.26 | 06/30 | 56,192.52 |
| 06/09 | 48,537.49 | 06/22 | 38,157.32 | | |
| 06/10 | 47,507.17 | 06/23 | 37,389.91 | | |

**Regions Bank**
Vestavia Hills Office
520 Montgomery Hwy
Vestavia Hills, AL 35216

```
CALERA GAS LLC
CHAPTER 11 DEBTOR IN POSSESSION
BANKRUPTCY CASE NO. 16-70740-JHH-11
213 EDDINGS TOWN RD
MONTEVALLO AL 35115-6832
```

ACCOUNT #                          4714

|  | | |
|---|---|---|
| | | 001 |
| | Cycle | 26 |
| | Enclosures | 0 |
| | Page | 3 of 3 |

**AS OF MAY 31, 2016, REGIONS NO LONGER
SELLS AMERICAN EXPRESS TRAVELERS
CHEQUES. INSTEAD, TRAVEL WITH EASE WITH
A REGIONS CHECKCARD, CREDIT CARD OR
PREPAID NOW CARD. FOR DETAILS, VISIT
YOUR REGIONS BRANCH. CREDIT CARD
SUBJECT TO CREDIT APPROVAL.**

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791).

**Thank You For Banking With Regions!**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|   | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Enter in Line 4 at Left | $ |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need  more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for  transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in  error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



## Account Details
There have been 2191 transactions on this account since 7/16/2013.

**Checking**
*4920                                                                                        $0.00

| | | | |
|---|---|---|---|
| Available Balance | $0.00 | Previous year-to-date interest amo... | $0.00 |
| Current Balance | $0.00 | Accrued Interest | $0.00 |
| Interest Rate | 0.000 % | Average Collected Balance | -$0.33 |

Subtotal: Credits: $88,198.27  |  Debits: $-146,969.25

| Date ▾ | Description ▾ | Amount ▾ | Balance |
|---|---|---|---|
| 7/11/16 | WIRE TRANSFER TO CALERA GAS LLC | -$84.93 | $0.00 |
| 6/17/16 | C.D. INTEREST ACCOUNT NUMBER 20610 | $84.93 | $84.93 |
| 6/9/16 | WIRE TRANSFER TO CALERA GAS LLC | -$32,658.88 | $0.00 |
| 6/1/16 | DBT CRD 0345 05/27/16 4400005 WAL-MART 3271 | -$134.64 | $32,658.88 |
| 5/31/16 | DBT CRD 0101 05/26/16 8026516 ORC*Cooks Pest Web | -$40.00 | $32,793.52 |
| 5/25/16 | DBT CRD 2050 05/24/16 0083054 EXEDE WILDBLUE VIA | -$90.98 | $32,833.52 |
| 5/24/16 | AMERMIDSTR AMERICAN 1270855925 05/24/16 | $30,659.25 | $32,924.50 |
| 5/20/16 | USATAXPYMT IRS 3387702000 05/20/16 | -$469.41 | $2,265.25 |
| 5/19/16 | POS DEB 2227 05/18/16 8000086 ATT*BILL PAYMENT | -$100.00 | $2,734.66 |
| 5/19/16 | DBT CRD 2358 05/18/16 7118000 X CHEM INC | -$385.95 | $2,834.66 |
| 5/19/16 | DBT CRD 2154 05/18/16 7900019 L & S SMALL ENGINE | -$131.04 | $3,220.61 |
| 5/19/16 | DBT CRD 1622 05/17/16 3087120 TTL INC | -$100.00 | $3,351.65 |
| 5/18/16 | USATAXPYMT IRS 3387702000 05/18/16 | -$198.95 | $3,451.65 |
| 5/18/16 | POS DEB 2243 05/17/16 7000555 ATT*BILL PAYMENT | -$1,254.83 | $3,650.60 |
| 5/18/16 | DBT CRD 2123 05/17/16 3637002 SILVERSMITH INC. | -$905.63 | $4,905.43 |
| 5/18/16 | DBT CRD 1735 05/17/16 9004088 STATE FARM | -$262.56 | $5,811.06 |

| | | | |
|---|---|---|---|
| 5/17/16 | PAYROLL Payroll 1943345425 05/17/16 | -$1,421.29 | $6,073.62 |
| 5/17/16 | PAYROLL Payroll 1943345425 05/17/16 | -$543.49 | $7,494.91 |
| 5/17/16 | PAYROLL Payroll 1943345425 05/17/16 | -$346.39 | $8,038.40 |
| 5/17/16 | PAYROLL Payroll 1943345425 05/17/16 | -$107.77 | $8,384.79 |
| 5/16/16 | Fee Payroll Service 5943345425 05/16/16 | -$86.32 | $8,492.56 |
| 5/16/16 | DBT CRD 0355 05/13/16 4286399 AIRGAS SOUTH | -$215.40 | $8,578.88 |
| 5/16/16 | DBT CRD 0105 05/13/16 0026080 ORC*Cooks Pest Wab | -$200.00 | $8,794.28 |
| 5/16/16 | DBT CRD 2140 05/13/16 8740177 SQ *ALABASTER ELEC | -$110.33 | $8,994.28 |
| 5/16/16 | C.D. INTEREST ACCOUNT NUMBER 20610 | $82.19 | $9,104.61 |
| 5/13/16 | DBT CRD 0325 05/12/16 4121340 WW GRAINGER | -$133.55 | $9,022.42 |
| 5/12/16 | PAYROLL Payroll 1943345425 05/12/16 | -$900.83 | $9,155.97 |
| 5/11/16 | DBT CRD 0343 05/10/16 4026231 NV SOS PORTAL | -$350.00 | $10,056.80 |
| 5/11/16 | DBT CRD 0348 05/10/16 6025231 NV SOS PORTAL | -$50.00 | $10,406.80 |
| 5/10/16 | DBT CRD 2352 05/09/16 6900011 THE MCPHERSON COMP | -$2,440.95 | $10,456.80 |
| 5/10/16 | DBT CRD 2126 05/09/16 1000010 THE LEGACY CONNECT | -$265.91 | $12,897.75 |
| 5/9/16 | DIRECT DBT AL-DEPT OF REV ADORCCD000 05/09/16 | -$463.93 | $13,163.66 |
| 5/9/16 | DBT CRD 0155 05/06/16 2026214 WASTE MGMT WM EZPA | -$556.60 | $13,627.59 |
| 5/6/16 | DBT CRD 1827 05/04/16 7587110 OVERNITE SOFTWARE | -$825.00 | $14,184.19 |
| 5/5/16 | DBT CRD 2256 05/04/16 5000427 GOOGLE *SVCSAPPS_C | -$30.00 | $15,009.19 |
| 5/4/16 | USATAXPYMT IRS 3387702000 05/04/16 | -$1,596.11 | $15,039.19 |
| 5/2/16 | DBT CRD 1548 04/29/16 1987188 CENTREVILLE WWB UT | -$55.04 | $16,635.30 |
| 4/29/16 | Tax Payroll 1943345425 04/29/16 | -$583.59 | $16,690.34 |
| 4/28/16 | IPFSPMTTXH IPFS877-615-4242 8531659615 04/28/16 | -$3,293.26 | $17,373.93 |
| 4/28/16 | PAYROLL Payroll 1943345425 04/28/16 | -$2,517.69 | $20,667.19 |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 4/28/16 | PAYROLL Payroll 1943345425 04/28/16 | -$1,262.15 | $23,184.88 |
| 4/28/16 | PAYROLL Payroll 1943345425 04/28/16 | -$993.88 | $24,447.03 |
| 4/28/16 | PAYROLL Payroll 1943345425 04/28/16 | -$219.41 | $25,440.91 |
| 4/28/16 | DBT CRD 2054 04/26/16 9980002 SouthernLINC Wirel | -$604.42 | $25,660.32 |
| 4/27/16 | WIRE TRANSFER TO BENTON & CENTENO LLP TRUST | -$16,717.00 | $26,264.74 |
| 4/26/16 | AMERMIDSTR AMERICAN 1270855925 04/26/16 | $27,176.03 | $42,981.74 |
| 4/25/16 | DBT CRD 1340 04/24/16 7083055 EXEDE WILDBLUE VIA | -$80.98 | $15,805.71 |
| 4/25/16 | DBT CRD 0254 04/22/16 8606000 COASTAL CHEMICAL C | -$1,222.39 | $15,896.69 |
| 4/22/16 | DBT CRD 2024 04/21/16 9000221 IN *GATEWAY PRODUC | -$360.39 | $17,119.08 |
| 4/22/16 | DBT CRD 1633 04/19/16 0987138 CENTREVILLE WWB UT | -$261.28 | $17,479.67 |
| 4/22/16 | DBT CRD 0331 04/21/16 3027679 TTCO BHAM PARTS | -$172.77 | $17,740.95 |
| 4/20/16 | USATAXPYMT IRS 3387702000 04/20/16 | -$1,545.76 | $17,913.72 |
| 4/18/16 | DIRECT DBT AL-DEPT OF REV ADORCCD000 04/18/16 | -$506.76 | $19,459.48 |
| 4/18/16 | DBT CRD 0453 04/16/16 5105008 CENTRAL SUPPLY NAP | -$864.38 | $19,966.24 |
| 4/18/16 | DBT CRD 1808 04/15/16 5004122 STATE FARM | -$262.56 | $20,830.62 |
| 4/15/16 | C.D. INTEREST ACCOUNT NUMBER 20610 | $84.93 | $21,093.18 |
| 4/14/16 | APC EBILL Alabama Power 1630004250 04/14/16 | -$5,096.41 | $21,008.25 |
| 4/14/16 | PAYROLL Payroll 1943345425 04/14/16 | -$2,923.69 | $26,104.66 |
| 4/14/16 | APC EBILL Alabama Power 1630004250 04/14/16 | -$2,536.78 | $29,028.35 |
| 4/14/16 | PAYROLL Payroll 1943345425 04/14/16 | -$1,711.27 | $31,567.13 |
| 4/14/16 | APC EBILL Alabama Power 1630004250 04/14/16 | -$1,381.71 | $33,278.40 |
| 4/14/16 | APC EBILL Alabama Power 1630004250 04/14/16 | -$1,357.66 | $34,660.11 |
| 4/14/16 | APC EBILL Alabama Power 1630004250 04/14/16 | -$1,104.21 | $36,017.77 |
| 4/14/16 | APC EBILL Alabama Power 1630004250 04/14/16 | -$1,059.77 | $37,121.98 |

| Date | Description | | Amount | Balance |
|------|-------------|---|--------|---------|
| 4/14/16 | APC EBILL Alabama Power 1630004250 04/14/16 | | -$1,018.21 | $38,181.75 |
| 4/14/16 | PAYROLL Payroll 1943345425 04/14/16 | | -$771.68 | $39,199.96 |
| 4/14/16 | APC EBILL Alabama Power 1630004250 04/14/16 | | -$419.90 | $39,971.64 |
| 4/14/16 | PAYROLL Payroll 1943345425 04/14/16 | | -$169.21 | $40,391.54 |
| 4/14/16 | Fee Payroll Service 3943345425 04/14/16 | | -$86.32 | $40,560.75 |
| 4/11/16 | DBT CRD 03:27 04/09/16 1027251 TTCO SHELBY COUNTY | | -$33.00 | $40,647.07 |
| 4/8/16 | DBT CRD 22:06 04/07/16 2164800 BIBB COUNTY TX TAX CNT | | -$3,728.70 | $40,680.07 |
| 4/8/16 | DBT CRD 22:06 04/07/16 6164800 BIBB COUNTY TX TAX CNT | | -$93.22 | $44,408.77 |
| 4/8/16 | DBT CRD 22:06 04/07/16 0164800 BIBB COUNTY TX TAX CNT | | -$87.98 | $44,501.99 |
| 4/8/16 | DBT CRD 22:06 04/07/16 4164800 BIBB COUNTY TX TAX CNT | | -$2.20 | $44,589.97 |
| 4/6/16 | DDA INCLEARINGS (2624) | ⊟ | -$155.00 | $44,592.17 |
| 4/5/16 | USATAXPYMT IRS 3287702000 04/05/16 | | -$1,656.66 | $44,757.17 |
| 4/4/16 | DBT CRD 22:45 04/03/16 2030512 GOOGLE *SVCSAPPS_CALE... | | -$30.00 | $46,413.83 |
| 3/31/16 | DDA INCLEARINGS (2600) | ⊟ | -$6,976.91 | $46,443.83 |
| 3/31/16 | DDA INCLEARINGS (2662) | ⊟ | -$6,849.00 | $53,420.74 |
| 3/30/16 | PAYROLL Payroll 1943345425 03/30/16 | | -$2,517.69 | $60,269.74 |
| 3/30/16 | PAYROLL Payroll 1943345425 03/30/16 | | -$1,313.70 | $62,787.43 |
| 3/30/16 | PAYROLL Payroll 1943345425 03/30/16 | | -$1,237.48 | $64,101.13 |
| 3/30/16 | PAYROLL Payroll 1943345425 03/30/16 | | -$483.01 | $65,338.61 |
| 3/29/16 | AMERIMIDSTR AMERICAN 1270855925 03/29/16 | | $30,031.49 | $65,821.62 |
| 3/25/16 | DBT CRD 20:51 03/24/16 6083054 EXEDE WILDBLUE VIASAT | | -$90.98 | $35,790.13 |
| 3/18/16 | USATAXPYMT IRS 3387702000 03/18/16 | | -$1,837.68 | $35,881.11 |
| 3/16/16 | DBT CRD 03:35 03/16/16 5027516 TTCO SHELBY COUNTY | | -$16.50 | $37,718.79 |
| 3/16/16 | C.D. INTEREST ACCOUNT NUMBER 20610 | | $79.45 | $37,735.29 |

| Date | Description | | Amount | Balance |
|------|-------------|---|--------|---------|
| 3/14/16 | PAYROLL Payroll 1943345425 03/14/16 | | -$2,740.86 | $37,655.84 |
| 3/14/16 | PAYROLL Payroll 1943345425 03/14/16 | | -$1,991.12 | $40,396.70 |
| 3/14/16 | PAYROLL Payroll 1943345425 03/14/16 | | -$1,509.89 | $42,387.82 |
| 3/14/16 | PAYROLL Payroll 1943345425 03/14/16 | | -$247.12 | $43,897.71 |
| 3/14/16 | DBT CRD 03:18 03/12/16 7027513 TTCO BHAM PARTS | | -$180.48 | $44,144.83 |
| 3/9/16 | DBT CRD 23:28 03/08/16 3260684 SUBSTATION ENTERPRISES | | -$260.00 | $44,325.31 |
| 3/8/16 | DIRECT DBT AL-DEPT OF REV ADORCCD600 03/08/16 | | -$538.91 | $44,585.31 |
| 3/4/16 | DDA INCLEARINGS (2672) | 🖾 | -$3,122.15 | $45,124.22 |
| 3/4/16 | USATAXPYMT IRS 3387702000 03/04/16 | | -$2,018.86 | $48,246.37 |
| 3/3/16 | DDA INCLEARINGS (2673) | 🖾 | -$4,578.60 | $50,265.23 |
| 3/3/16 | DDA INCLEARINGS (2670) | 🖾 | -$3,522.99 | $54,843.83 |
| 3/3/16 | DDA INCLEARINGS (2668) | 🖾 | -$404.16 | $58,366.82 |

## Tax Payments

Apr 01 – Jun 30, 2016

Print

| Payment Date | Tax Payment | Amount | Period Start | Period End | Check Num | Notes |
|---|---|---|---|---|---|---|
| 07/15/2016 | AL Income Tax | $439.86 | 06/01/2016 | 06/30/2016 | E-Payment | |
| 06/07/2016 | AL Income Tax | $297.68 | 05/01/2016 | 05/31/2016 | E-Payment | |
| 05/06/2016 | AL Income Tax | $463.93 | 04/01/2016 | 04/30/2016 | E-Payment | |
| 08/01/2016 | AL Unemployment Tax | $64.41 | 04/01/2016 | 06/30/2016 | E-Payment | |
| 07/06/2016 | Federal Taxes (941/944) | $1,298.85 | 06/28/2016 | 06/30/2016 | E-Payment | |
| 05/22/2016 | Federal Taxes (941/944) | $730.94 | 06/15/2016 | 06/17/2016 | E-Payment | |
| 06/10/2016 | Federal Taxes (941/944) | $1,018.90 | 06/04/2016 | 06/07/2016 | E-Payment | |
| 06/03/2016 | Federal Taxes (941/944) | $401.23 | 05/28/2016 | 05/31/2016 | E-Payment | |
| 06/02/2016 | Federal Taxes (941/944) | $396.54 | 05/25/2016 | 05/27/2016 | E-Payment | |
| 05/20/2016 | Federal Taxes (941/944) | $433.41 | 05/14/2016 | 05/17/2016 | E-Payment | |
| 05/18/2016 | Federal Taxes (941/944) | $588.95 | 05/11/2016 | 05/13/2016 | E-Payment | |
| 05/04/2016 | Federal Taxes (941/944) | $1,559.11 | 04/27/2016 | 04/29/2016 | E-Payment | |
| 04/20/2016 | Federal Taxes (941/944) | $1,545.76 | 04/13/2016 | 04/15/2016 | E-Payment | |

© 2016 Intuit Inc. All rights reserved. Version 2016R06.297405
Intuit Inc. and the Intuit logo are registered trademarks of Intuit Inc.

Terms Of Use | Privacy Statement

**Jun 01 - Jun 30, 2016**

| | Pay | Hrs | Amt | Deductions | Amt | Employee-paid Taxes | Amt | Company-paid Taxes | Amt |
|---|---|---|---|---|---|---|---|---|---|
| Green, Jimmy E. | Sal | 86.67 | $3,000.00 | | | FIT | $402.82 | FUTA | $0.00 |
| Net $2,517.09 | Allow | 0.00 | $300.00 | | | SS | $204.60 | SS | $204.60 |
| 06/30/2016 | Reimbursement | 0.00 | $0.00 | | | Med | $47.85 | Med | $47.85 |
| 06/16/16 - | | | | | | AL PIT | $126.94 | AL SUI | $0.00 |
| 06/30/16 | | | | | | | | AL Emp Sec | $0.00 |
| Morrison, Danny W. | Regular | 77.50 | $1,162.50 | Deduction | $0.00 | FIT | $82.29 | FUTA | $6.98 |
| Net $935.32 | Allow | 0.00 | $0.00 | | | SS | $72.08 | SS | $72.08 |
| 06/30/2016 | Reimbursement | 0.00 | $31.02 | | | Med | $16.86 | Med | $16.86 |
| 06/01/16 - | | | | | | AL PIT | $34.27 | AL SUI | $31.35 |
| 06/15/16 | | | | | | | | AL Emp Sec | $0.00 |
| Zupanick, Emily S. | Regular | 21.55 | $753.05 | Deduction | $0.00 | FIT | $16.30 | FUTA | $0.00 |
| Net $789.90 | Reimbursement | 0.00 | $65.19 | | | SS | $46.72 | SS | $46.72 |
| 06/30/2016 | | | | | | Med | $10.93 | Med | $10.93 |
| 06/01/16 - | | | | | | AL PIT | $24.33 | AL SUI | $0.00 |
| 06/15/16 | | | | | | | | AL Emp Sec | $0.00 |
| Morrison, Danny W. | Regular | 48.00 | $720.00 | Deduction | $0.00 | FIT | $38.38 | FUTA | $4.32 |
| Net $636.57 | Allow | 0.00 | $0.00 | | | SS | $44.84 | SS | $44.84 |
| 06/15/2016 | Reimbursement | 0.00 | $73.44 | | | Med | $10.44 | Med | $10.44 |
| 06/16/16 - | | | | | | AL PIT | $9.01 | AL SUI | $19.44 |
| 05/31/16 | | | | | | | | AL Emp Sec | $0.00 |
| Zupanick, Emily S. | Regular | 24.43 | $855.05 | Deduction | $0.00 | FIT | $25.51 | FUTA | $0.00 |
| Net $858.84 | Reimbursement | 0.00 | $97.20 | | | SS | $53.02 | SS | $53.02 |
| 06/15/2016 | | | | | | Med | $12.39 | Med | $12.39 |
| 05/16/16 - | | | | | | AL PIT | $30.49 | AL SUI | $0.00 |
| 05/31/16 | | | | | | | | AL Emp Sec | $0.00 |
| Green, Jimmy E. | Sal | 86.67 | $3,000.00 | | | FIT | $402.82 | FUTA | $0.00 |
| Net $2,738.51 | Allow | 0.00 | $300.00 | | | SS | $204.60 | SS | $204.60 |
| 06/07/2016 | Reimbursement | 0.00 | $380.82 | | | Med | $47.85 | Med | $47.85 |
| 06/01/16 - | | | | | | AL PIT | $126.94 | AL SUI | $0.00 |
| 06/15/16 | | | | | | | | AL Emp Sec | $0.00 |
| Zupanick, Emily S. | Regular | 18.32 | $676.20 | Deduction | $0.00 | FIT | $0.00 | FUTA | $0.00 |
| Net $588.59 | Reimbursement | 0.00 | $0.00 | | | SS | $41.92 | SS | $41.92 |
| 06/04/2016 | | | | | | Med | $9.81 | Med | $9.81 |
| 05/01/16 - | | | | | | AL PIT | $21.36 | AL SUI | $0.00 |
| 05/15/16 | | | | | | | | AL Emp Sec | $0.00 |

## Total

| Net $9,544.73 | Pay | Hrs | Amt | Deductions | Amt | Taxes | Amt | Company | Amt |
|---|---|---|---|---|---|---|---|---|---|
| | Regular | 189.78 | $4,167.30 | Deduction | $0.00 | FIT | $673.00 | FUTA | $11.30 |
| | Sal | 173.34 | $6,000.00 | | | SS | $667.68 | SS | $667.68 |
| | Allow | 0.00 | $600.00 | | | Med | $156.13 | Med | $156.13 |
| | Reimbursement | 0.00 | $657.97 | | | AL PIT | $373.83 | AL SUI | $50.62 |
| | | | | | | | | AL Emp Sec | $0.00 |

## Grand Total

| Net $9,544.73 | | 364.12 | $11,716.27 | | $0.00 | | $2,170.54 | | $385.83 |
|---|---|---|---|---|---|---|---|---|---|

© 2016 Intuit Inc. All rights reserved. Version 2016R0d_287405
Intuit Inc. and the Intuit logo are registered trademarks of Intuit Inc.

Terms Of Use | Privacy Statement

# Payroll Details Report

Calera Gas LLC

**Jun 01 - Jun 30, 2016**

| | Pay | Hrs | Amt | Deductions | Amt | Employee-paid Taxes | Amt | Company-paid Taxes | Amt |
|---|---|---|---|---|---|---|---|---|---|
| Parker, Michael J. | Regular | 64.00 | $960.00 | Deduction | $0.00 | FIT | $169.49 | FUTA | $0.00 |
| Net $1,561.81 | OT | 0.00 | $0.00 | | | SS | $104.76 | SS | $104.76 |
| 06/15/2016 | Vac | 24.00 | $360.00 | | | Med | $24.51 | Med | $24.51 |
| 05/16/16 - | Holiday | 8.00 | $120.00 | | | AL PIT | $66.03 | AL SUI | $0.00 |
| 05/31/16 | Allow | 0.00 | $250.00 | | | | | AL Emp Sec | $0.00 |
| | Reimbursement | 0.00 | $236.62 | | | | | | |

**Total**

| | Pay | Hrs | Amt | Deductions | Amt | Employee-paid Taxes | Amt | Company-paid Taxes | Amt |
|---|---|---|---|---|---|---|---|---|---|
| Net $1,561.81 | Regular | 64.00 | $960.00 | Deduction | $0.00 | FIT | $169.49 | FUTA | $0.00 |
| | OT | 0.00 | $0.00 | | | SS | $104.76 | SS | $104.76 |
| | Vac | 24.00 | $360.00 | | | Med | $24.51 | Med | $24.51 |
| | Allow | 0.00 | $250.00 | | | AL PIT | $66.03 | AL SUI | $0.00 |
| | Reimbursement | 0.00 | $236.62 | | | | | AL Emp Sec | $0.00 |
| | Holiday | 8.00 | $120.00 | | | | | | |

**Grand Total**

| | Hrs | Amt | | Amt | | Amt | | Amt |
|---|---|---|---|---|---|---|---|---|
| Net $1,561.81 | 96.00 | $1,926.62 | | $0.00 | | $364.81 | | $129.29 |

© 2016 Intuit Inc. All rights reserved. Version 2016R08.297405
Intuit Inc. and the Intuit logo are registered trademarks of Intuit Inc.

Terms Of Use | Privacy Statement